## CLINE v. MILLEDGEVILLE BANKING COMPANY.

EVANS, P. J. 1. The principles of law announced in those portions of the court's instructions to the jury to which exception is taken are in accord with the law as enunciated in the cases of *Johnson* v. *Leffler*, 122 *Ga.* 670 (50 S. E. 488), and *Rood* v. *Wright*, 124 *Ga.* 849 (53 S. E. 390), on the subject of the wife's liability on a note for money borrowed by the wife for the purpose of paying the husband's creditors.

2. A charge embracing an abstractly correct and pertinent principle of law is not rendered erroneous by a failure to charge some other legal principle applicable to the case. *Central Ry. Co.* v. *Grady*, 113 *Ga.* 1045 (39 S. E. 441).

3. The evidence was sufficient to authorize the verdict.

<em>Judgment affirmed. All the Justices concur.</em>

Argued July 23,—Decided November 24, 1908.

Complaint. Before Judge Lewis. Baldwin superior court. January 16, 1908.

*Allen & Pottle,* for plaintiff in error.

*D. B. & D. S. Sanford,* contra.